UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE BENARD AUSTION,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SHERIFF ALEX VILLANUEVA,<br><br>　　　　　Respondent. | Case No. 2:22-cv-05656-ODW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Amended Report and Recommendation of United States Magistrate Judge.  The time for filing Objections to the Amended Report and Recommendation has passed and Objections have not been received.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED:  October 13, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE