JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE BENARD AUSTION,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SHERIFF ALEX VILLANUEVA,<br><br>　　　　　Respondent. | Case No. 2:22-cv-05656-ODW (AFM)<br><br>**JUDGMENT** |

　　This matter came before the Court on the Petition of JASMINE BENARD AUSTION, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 13, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE